In Re: Petition of Ronald S. Mintz and Philip Miller, t/a Wichard-Miller Joint Venture, a Partnership, for Posting of Bond Pursuant to Section 916 of Municipalities Planning Code.

Horsham Township Civic Association, Inc., Appellant.

Argued October 5, 1979, before Judges ROGERS, BLATT and CRAIG, sitting as a panel of three.

*Michael H. Payne,* for appellant.

*Richard P. McBride,* with him *Herbert K. Sudfeld, Jr.; Power, Bowen & Valimont; Morris Gerber; Gerber, Gerber & Shields,* for appellee.

OPINION BY JUDGE BLATT, November 9, 1979:

Our review of the record in the court below reveals no abuse of discretion or error of law and we believe

that Judge Brown has soundly reasoned the conclusion reached which we will affirm. Judge Brown's opinion may be found at 105 Montg. 367 (1979).

In addition, we believe that our recent decision in *Appeal of Hoak*, 44 Pa. Commonwealth Ct. 108, 403 A.2d 639 (1979) is controlling on the issue of the retroactivity of Act 150.[1]

## Order

And Now, this 9th day of November, 1979, the order of the Court of Common Pleas of Montgomery County dated April 4, 1979 in the above-captioned matter is hereby affirmed.

---

[1] Act of September 28, 1978, P.L. 785, 53 P.S. §10916.